# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

City of Charleston, Petitioner,

v.

City of North Charleston and Millbrook Plantation, LLC, Respondents.

Appellate Case No. 2023-000778

---

Appeal from Charleston County
Eugene C. Griffith Jr., Circuit Court Judge

---

Opinion No. 28311
Heard April 1, 2025 – Filed January 21, 2026

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Frances Isaac Cantwell, of City of Charleston Legal Department; Julia Parker Copeland, formerly of City of Charleston Legal Department; Wilbur E. Johnson and Russell Grainger Hines, of Clement Rivers, LLP, all of Charleston, all for City of Charleston.

Bruce E. Miller, of Bruce E. Miller, P.A., of Mount Pleasant, for Millbrook Plantation, LLC; David J. Parrish, of Maynard Nexsen PC, of Charleston; and Kriston D. Neely, of North Charleston, both for City of North Charleston.

---

**PER CURIAM:** We granted a writ of certiorari to review the court of appeals' decision in *City of Charleston v. City of North Charleston*, 439 S.C. 6, 885 S.E.2d 151 (Ct. App. 2023). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, C.J., FEW, JAMES, HILL and VERDIN, JJ., concur.**